UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN and DANIEL HODGES, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS AUSTIN, in his official capacity as Architect of The Capitol, and the ARCHITECT OF THE CAPITOL, <br><br> Defendants. | Case No. _____ |

**MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL**

Plaintiffs' initial complaint in this matter omitted the parties' addresses. Plaintiffs have been the subject of ongoing death threats detailed, in part, in Paragraph 32 of the complaint. Local Civil Rule 5.1(c) provides in part that, "If the party does not wish its full residence address to appear on the public docket, it shall omit the address and simultaneously file under seal a notice containing its full address, which notice shall be available only to the Court and the opposing party." Accordingly, Plaintiffs request to file notice of their addresses under seal, and include such notice as Exhibit A to this motion.

Respectfully submitted,

*Harry Dunn and Daniel Hodges, through their attorney,*

/s/ Brendan Ballou
Brendan Ballou
Lichten & Liss-Riordan
729 Boylston St. Ste. 2000
Boston, MA 02116
D.C. Bar No. 241592
bballou@llrlaw.com

(617) 994-5800