UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN and DANIEL HODGES,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS AUSTIN, in his official capacity as Architect of The Capitol, and the ARCHITECT OF THE CAPITOL,<br><br>    Defendants. | Case No. _____ |

## NOTICE OF ERRATA

Plaintiffs' initial complaint omitted the parties' addresses. An updated complaint is attached, with the address for the Defendants included. Pursuant to Local Civil Rule 5.1(c), notice of the Plaintiffs' addresses has been filed under seal.

Respectfully submitted,

*Harry Dunn and Daniel Hodges, through their attorney,*

/s/ Brendan Ballou
Brendan Ballou
Lichten & Liss-Riordan
729 Boylston St. Ste. 2000
Boston, MA 02116
D.C. Bar No. 241592
bballou@llrlaw.com
(617) 994-5800