**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**HARRY DUNN and DANIEL HODGES,**

Plaintiffs,

v.

**THOMAS AUSTIN, in his official capacity as Architect of the Capitol, and the ARCHITECT OF THE CAPITOL,**

Defendants.

**Case No. 1:25-cv-01844**

**DECLARATION OF CINDY LOU YOUNG IN SUPPORT OF MOTION TO INTERVENE**

I, Cindy Lou Young, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of my knowledge:

- I am a 68-year-old grandmother and a resident of Bristol, New Hampshire. I am submitting this declaration in support of my Motion to Intervene as a defendant in the above-captioned case, seeking to ensure that any memorialization of the events of January 6, 2021, at the United States Capitol is equitable, inclusive, and reflective of the experiences of all individuals impacted, including myself and other January 6 defendants.

- On January 6, 2021, I was present at the United States Capitol to exercise my constitutional right to redress grievances concerning the Electoral Count Act and the

- certification of the 2020 presidential election. As a result of my presence, I was charged with four misdemeanor offenses related to my actions that day.

- I was subsequently convicted of these charges and sentenced to four months of incarceration, two months of home detention, and two years of probation. This legal process spanned approximately four years, causing significant disruption to my life.

- On January 20, 2025, I received a presidential pardon for all charges related to January 6, 2021, which I believe acknowledges the disproportionate nature of my prosecution.

- The prosecution and its aftermath had a devastating impact on my personal and financial well-being. I lost my business, into which I had invested my entire retirement savings. The loss of my business and savings has left me financially destitute and without the means to rebuild my livelihood at this stage of my life.

- Over the course of the four-year legal process, I have suffered from severe depression and anxiety, which continue to affect my daily life. These psychological impacts have been compounded by social isolation and stigmatization resulting from my status as a January 6 defendant. I have faced verbal attacks and harassment, which I believe constitute hate crimes, due to my association with the events of January 6.

- I am aware that the Plaintiffs in this case, Harry Dunn and Daniel Hodges, seek to compel the Defendants to install a plaque at the United States Capitol honoring law enforcement officers who defended the Capitol on January 6, 2021, pursuant to Pub. L. 117-103 Sec. 214. While I respect the service of law enforcement, I believe that any memorial must also recognize the experiences of the 1,585 January 6 defendants,

including myself, who have endured significant personal, financial, and psychological hardships.

- Furthermore, I believe that any memorial must acknowledge the four individuals who lost their lives on January 6, 2021: Ashli Babbitt, Roseanne Boyland, Benjamin Phillips, and Kevin Greeson. Their deaths have not been adequately recognized by the government or media, and their families deserve to have their losses honored alongside others affected by that day.

- I am deeply concerned that a plaque honoring only law enforcement officers would perpetuate a one-sided narrative of January 6, 2021, that marginalizes the experiences of individuals like myself and further exacerbates the psychological and social harms I have endured. Such a memorial would also fail to recognize the constitutional rights exercised by citizens who sought to peacefully address concerns about the electoral process.

- I have a significant interest in the outcome of this case, as the installation of a selective memorial would impair my ability to seek fair recognition for my experiences and those of other January 6 defendants and the families of those who died. My intervention in this case is necessary to advocate for a balanced and inclusive memorial that reflects the full scope of the events of January 6, 2021.

- I am not represented by the existing Defendants, Thomas Austin and the Architect of the Capitol, as their interests are limited to their official duties and do not encompass my personal experiences or the broader equitable concerns I raise..

- I respectfully request that the Court grant my Motion to Intervene to allow me to protect my interests and ensure that any memorialization of January 6, 2021, is fair, equitable, and inclusive of all those impacted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 18th day of June, 2025, at Bristol, New Hampshire.


*Cindy Lou Young*   6/18/25
Cindy Lou Young

20 Central Street, Bristol, NH   03222

(603)630-3193[

clyoung@breezeline.net

Pro Se

NOTARY PUBLIC

Subscribed and sworn to before me on this 18th day of June, 2025.