UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN and DANIEL HODGES,<br><br>　　　Plaintiffs,<br><br>v.<br><br>THOMAS AUSTIN, in his official capacity as Architect of The Capitol, and the ARCHITECT OF THE CAPITOL,<br><br>　　　Defendants. | Case No. 25-cv-1844 (DLF) |

## NOTICE OF APPEARANCE

Plaintiffs Harry Dunn and Daniel Hodges hereby inform the Court that Brendan Ballou is entering his appearance in the above-captioned matter as counsel for Plaintiffs.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*Harry Dunn and Daniel Hodges, through their attorney*

　　　　　　　　　　　　　　　　　　　　By: /s/ Brendan Ballou
　　　　　　　　　　　　　　　　　　　　Brendan Ballou
　　　　　　　　　　　　　　　　　　　　D.C. Bar No. 241592
　　　　　　　　　　　　　　　　　　　　Lichten & Liss-Riordan
　　　　　　　　　　　　　　　　　　　　729 Boylston St. Ste. 2000
　　　　　　　　　　　　　　　　　　　　Boston, MA 02116
　　　　　　　　　　　　　　　　　　　　(617) 994-5800
　　　　　　　　　　　　　　　　　　　　bballou@llrlaw.com