| Attorney or Party without Attorney:<br>Brendan Ballou, Esq.<br>LICHTEN & LISS-RIORDAN, P.C.<br>729 Boylston Street Suite 2000<br>Boston, MA 02116<br>Telephone No: 617-994-5800<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>Dunn v Austin | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
USDC District of Columbia

Plaintiff: HARRY DUNN and DANIEL HODGES
Defendant: THOMAS AUSTIN, in his official capacity as Architect of The Capitol, et al.

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>1:25-cv-01844-DLF |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Notice of Right to Consent ot Trial Before a United States Magistrate Judge

3. a. Party served: Architect of the Capitol
   b. Person served: Desmond Korang, Employee, Authorized to Accept Service , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served: Second and D Streets SW, Washington , DC 20515

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed, Jun 25 2025 (2) at: 01:12 PM

6. **Person Who Served Papers:**
   a. Shannon Wynn
   b. FIRST LEGAL
      2920 N. GREEN VALLEY PARKWAY, SUITE 514
      HENDERSON, NV 89014
   c. (888) 599-5039

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

6/27/2025
(Date)     (Signature)



PROOF OF SERVICE

13534315
(408181)