UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN and DANIEL HODGES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-01844 |
| | ) |
| THOMAS AUSTIN, in his official capacity as Architect of the Capitol, | ) |
| | ) |
| Defendant. | ) |

NOTICE TO THE COURT REGARDING LACK OF SERVICE

COMES NOW Brian Mock, proposed intervenor, pro se, and respectfully notifies the Court that he was not served with a copy of Plaintiffs' Opposition to his Motion to Intervene. This lack of service constitutes a violation of the notice requirements under Federal Rule of Civil Procedure 5.

The undersigned only became aware of the filing due to monitoring efforts by another proposed intervenor, who discovered the document on PACER. At no point has the undersigned received any formal or informal service of the opposition, whether by mail, email, or otherwise.

Accordingly, the undersigned requests that the Court take notice of this procedural deficiency and accept his Reply to Plaintiffs' Opposition as timely and responsive.

**RECEIVED**
JUL 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Respectfully submitted,

_____

Brian Mock

Pro Se Intervenor

P.O. Box 152

Lynd, Minnesota 56157

703-202-5019

ppow1621@gmail.com