UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN, et al., )<br><br>  Plaintiffs, )<br><br>  v. )<br><br>THOMAS AUSTIN, in his official capacity as )<br>Architect of The Capitol, et al., )<br><br>  Defendant. ) | Civil Action No. 25-1844 (DLF) |

**CONSENT MOTION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendants, by and through undersigned counsel, move the Court for an extension to and including, September 30, 2025, to answer or otherwise respond to the Complaint in this action. As grounds for the requested extension, Defendants state as follows.

1. This action was filed on or about June 12, 2025, asserting an alleged violation of the Constitution and for mandamus. According to the docket, Defendants deadline to respond to the Complaint is August 19, 2025. Defendants request an extension of that deadline to September 30, 2025. There is good cause for the requested extension.

2. Undersigned counsel for Defendants has had numerous filings deadlines in other matters since being assigned this matter, including the filing of a merits brief in the D.C. Circuit on July 25, 2025, a dispositive motion filed on July 31, 2025 in a district court matter, a summary affirmance reply in the D.C. Circuit filed on August 8, 2025, and a dispositive motion and a reply in other district court matters filed on August 13, 2025. In addition, the requested extension also takes into account numerous other deadlines during the requested extension period. Accordingly,

to afford undersigned counsel sufficient time to review this matter and prepare a response to the Complaint, Defendants request an extension of their response deadline to September 30, 2025.

3. Pursuant to Local Rule 7(m), undersigned counsel for Defendants has conferred by email with counsel for Plaintiffs as to the relief requested in this motion. Counsel for Plaintiffs has advised that he consents to the extension request.

4. This is the first request for extension by the Defendants in this action. No existing court deadlines will be impacted by this extension request other than the existing deadline to respond to the Complaint.

5. A proposed order is attached.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/ Jeremy S. Simon
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*