UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 25-1844 (DLF) |
| ) | |
| THOMAS AUSTIN, in his official capacity as ) | |
| Architect of The Capitol, et al., ) | |
| ) | |
| Defendant. ) | |

**PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendants, by and through undersigned counsel, move the Court for a further extension of 17 days, to and including, October 17, 2025, to answer or otherwise respond to the Complaint in this action. As grounds for the requested extension, Defendants state as follows.

1. This action was filed on or about June 12, 2025, asserting an alleged violation of the Constitution and for mandamus. Defendants' deadline to respond to the Complaint was August 19, 2025, but by order dated August 15, 2025, the Court extended that deadline to September 30, 2025. There is good cause for the requested further extension.

2. Undersigned counsel for Defendants has had numerous filings deadlines in other matters since the last extension request, including several recent deadlines that required expedited attention. Undersigned counsel also has a dispositive motion deadline in another district court matter of September 26, 2025, as well as a deadline of October 1, 2025, to file a reply in support of a motion for summary affirmance in a matter before the D.C. Circuit. In addition, the requested extension also takes into account numerous other deadlines during the requested extension period as well as religious holidays during the week of September 22, 2025, and

September 29, 2025. Accordingly, to afford undersigned counsel sufficient time to review this matter and prepare a response to the Complaint, Defendants request an extension of their response deadline to October 17, 2025.

3. Pursuant to Local Rule 7(m), undersigned counsel for Defendants has conferred by email with counsel for Plaintiffs as to the relief requested in this motion. Counsel for Plaintiffs has advised that he can agree to a one-week extension (i.e., to October 7, 2025) but not to a longer extension.

4. This is the second request for extension by the Defendants in this action. No existing court deadlines will be impacted by this extension request other than the existing deadline to respond to the Complaint.

5. A proposed order is attached.

                                            Respectfully submitted,

                                            JEANINE FERRIS PIRRO
                                            United States Attorney

                                            By: */s/ Jeremy S. Simon*
                                            JEREMY S. SIMON, D.C. BAR #447956
                                            Assistant United States Attorney
                                            601 D. Street, N.W.
                                            Washington, D.C. 20530
                                            (202) 252-2528
                                            Jeremy.Simon@usdoj.gov

                                            *Attorneys for the United States of America*