## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HARRY DUNN and DANIEL HODGES,
Plaintiffs,

v.

THOMAS AUSTIN, in his official capacity as Architect of the Capitol, and the ARCHITECT OF THE CAPITOL,
Defendants.

Case No. 1:25-cv-01844

### PROPOSED INTERVENOR'S NOTICE OF DEFAULT

COMES NOW Proposed Intervenor Cindy Lou Young, pro se, and respectfully submits this Notice to inform the Court and the Clerk that the Defendants have failed to respond to the Complaint within the time ordered by the Court.

1. Court-Ordered Deadline Has Passed

On September 24, 2025, this Court entered a Minute Order (ECF No. 25) granting the government's request for an extension and ordered:

"The defendants shall answer or otherwise respond to the complaint on or before October 17, 2025. The Court is not inclined to grant any further extensions."

As of today—November 18, 2025—no responsive pleading, motion, or request for further extension has been filed by the Defendants.

2. No Answer, No Motion, No Appearance

A review of the docket confirms:
- No Answer has been filed;
- No Motion to Dismiss has been filed;
- No Motion for Leave to File Late has been submitted;
- No additional orders have been entered granting more time.

The Defendants are now in procedural default under Fed. R. Civ. P. 55(a).

3. Status of Proposed Intervenor and Standing to Notify

The undersigned submitted a Motion to Intervene on the public docket as ECF No. 13,



RECEIVED
NOV 18 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

asserting constitutional and equitable interests directly affected by the outcome of this action. As a party with a pending Rule 24 motion and with interests that would be prejudiced by further delay or by entry of default judgment in favor of Plaintiffs without representation of other affected persons, the undersigned submits this Notice in good faith and with respect for the Court's management of its docket.

4. Request for Clerk and/or Court Action

The undersigned respectfully requests that:
1. The Clerk of Court take judicial notice that the deadline ordered in ECF 25 has passed without compliance;
2. The Court consider issuing an order directing Plaintiffs to show cause why default should not be entered;
3. The Court rule promptly on the pending Motion to Intervene (ECF 13), so that the undersigned may protect her rights fully under Rule 24 and, if granted, move for appropriate relief under Rule 55;
4. Or in the alternative, that any relief the Court deems just and proper be granted to preserve the procedural fairness of these proceedings.

Respectfully submitted,

*Cindy Lou Young*
/s/ Cindy Lou Young
Cindy Lou Young
Proposed Intervenor, Pro Se
20 Central Street
Bristol, NH 03222
Email: clyoung@breezeline.net
Phone(603) 630-3195
Dated: November 18, 2025