UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN, et al., <br><br> *Plaintiff,* <br><br> v. <br><br> THOMAS AUSTIN, in his official capacity as Architect of the Capitol, et al, <br><br> *Defendants*. | Civil Action No. 25-1844 (DLF) |

**DECLARATION OF JASON MCINTYRE**

I, Jason McIntyre, declare as follows:

1. I am employed by the Architect of the Capitol and hold the position of Executive Director of Facility Operations, U.S. Capitol Building. In that capacity, I have personal knowledge of the information set forth below.

2. The list of names to be included on the honorific plaque referenced in section 214(b) of Public Law 117-103 (the "Act") that has been provided to the Architect of the Capitol consists of approximately 3,648 names. A physical plaque containing that list of names has not been made.

3. The "plaque" referenced in the Architect's testimony before the House Appropriations subcommittee on April 8, 2025, referred to a plaque that lists the names of approximately twenty-one law enforcement entities not the approximately 3,648 individual names provided to the Architect.

Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 9th day of December, 2025.

McIntyre, Jason
Digitally signed by McIntyre, Jason
Date: 2025.12.09 10:15:03 -05'00'

Jason McIntyre, P.E.
Executive Director of Facility Operations, U.S. Capitol Building