UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 25-1844 (DLF) |
| ) | |
| THOMAS AUSTIN, in his official capacity as ) | |
| Architect of The Capitol, et al., ) | |
| ) | |
| Defendants. ) | |

**PARTIALLY OPPOSED MOTION FOR EXTENSION OF TIME TO
FILE REPLY IN SUPPORT OF DISPOSITIVE MOTION**

Pursuant to Federal Rule of Civil Procedure ("Rule") 6(b)(1), Defendants, by and through undersigned counsel, move the Court for an extension of 16 days, to and including, January 15, 2026, to file their reply in support of the pending dispositive motion.  As noted in the Local Rule 7(m) statement below, Plaintiff has agreed to an extension to January 9, 2026, but opposes the additional six-days that Defendants request. As grounds for the requested extension, Defendants state as follows.

1.  This action was filed on or about June 12, 2025, asserting an alleged violation of the Constitution and for mandamus.  Defendants' deadline to respond to the Complaint was August 19, 2025, but by order dated August 15, 2025, the Court extended that deadline to September 30, 2025, and by order dated September 24, 2025, further extended the deadline to October 17, 2025.  As a result of the lapse in appropriations, the deadline was automatically extended to December 9, 2025.  On that date, Defendants moved to dismiss the Complaint or alternatively for summary judgment (ECF No. 27).   Plaintiffs filed their opposition to Defendants' motion on December 23, 2025 (ECF No. 29) and Defendants' reply currently is due on December 30, 2025.  Also pending before the Court is a motion to stay briefing and/or consideration of

Defendants' dispositive motion filed by a third-party whose motion to intervene remains pending before the Court (ECF No. 28).[1]  Defendants request an extension of their deadline to file their reply to, and including, January 15, 2026. There is good cause for the requested extension.

2. Undersigned counsel requires additional time to review Plaintiffs' opposition, prepare a reply in response and have that reply undergo applicable review before filing with the Court.  In addition to scheduling issues associated with the holiday period, including the closure of government offices from December 24, 2025 to December 26, 2025, and on January 1, 2026, undersigned counsel for Defendants has had to manage a large docket of cases while also assuming new supervisory responsibilities at the United States Attorney's Office, including with respect to the internal review of work product by other attorneys in the office before filing with the Court. Consequently, undersigned counsel requires additional time to prepare a reply in this matter. The requested extension also takes into account similar obligations during the requested extension period.  Accordingly, to afford undersigned counsel sufficient time to review Plaintiffs' opposition and prepare a reply in further support of Defendants' dispositive motion, Defendants request an extension of their reply deadline to, and including, January 15, 2026.

3. Pursuant to Local Rule 7(m), undersigned counsel for Defendants has conferred by email with counsel for Plaintiffs as to the relief requested in this motion. Counsel for Plaintiffs has advised that he can agree to an extension to January 9, 2026 but not to a longer extension. However, the additional six-days requested will not cause any prejudice to Plaintiffs.

---

[1] Defendants do not believe there is any basis to defer the completion of briefing on Defendants' dispositive motion but defer to the Court as to whether the Court will defer ruling on the dispositive motion until the motion to intervene has been resolved.

2

4.       This is the third request for extension by the Defendants in this action and first request for an extension to Defendants' reply deadline.  No existing court deadlines will be impacted by this extension request.

5.       A proposed order is attached.

                                              Respectfully submitted,

                                              JEANINE FERRIS PIRRO
                                              United States Attorney

                                              By: */s/ Jeremy S. Simon*
                                              JEREMY S. SIMON, D.C. BAR #447956
                                              Assistant United States Attorney
                                              601 D. Street, N.W.
                                              Washington, D.C. 20530
                                              (202) 252-2528
                                              Jeremy.Simon@usdoj.gov

                                              *Attorneys for the United States of America*