## NOTICE OF URGENT PROCEDURAL ISSUE

Third-Party Movant Cindy L. Young respectfully provides this Notice to advise the Court that Defendants' pending dispositive motion may be ruled upon imminently, notwithstanding the absence of clarification regarding the 3,648 individuals referenced in Defendants' filings and the continued pendency of Movant's Motion to Intervene. Movant submits this Notice to underscore the urgency of resolving this ambiguity prior to dismissal.

Respectfully submitted,

*Cindy L. Young*

Cindy L. Young
Third-Party Movant, Pro Se