UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

Civil Action No. 25-1844 (DLF)

**SUPPLEMENTAL NOTICE OF RELEVANT DEVELOPMENTS**

**IN SUPPORT OF MOTION TO INTERVENE**

Movant Cindy Lou Young, proceeding pro se, respectfully submits this Supplemental Notice to apprise the Court of recent, material developments bearing directly on her pending Motion to Intervene in the above-captioned matter.

On or about January 2026, the United States Senate unanimously voted to direct the display of the January 6 memorial plaque, acknowledging that the statutory directive requiring its public installation has not been fulfilled. At the same time, leadership in the United States House of Representatives has refused to authorize installation of the plaque, asserting that the statute is "not implementable" as written and that the existing plaque does not comply with the law.



RECEIVED
JAN 09 2026
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

These developments are publicly reported and confirm that:

1. The statutory mandate remains unexecuted, more than three years after enactment;

2. There exists an ongoing institutional dispute between the legislative chambers and the Architect of the Capitol regarding statutory compliance; and

3. Decisions affecting the content, scope, and public presentation of the plaque remain unresolved, discretionary, and actively contested.

This inter-branch conflict directly reinforces the grounds for intervention previously raised by Movant, including:

• The existence of a live and non-moot controversy;

• The absence of adequate representation for individuals whose reputational, historical, and due-process interests are directly affected by the government-authored memorial; and

• The need for judicial oversight and record development where statutory compliance is delayed or disputed based on interpretive discretion.

The Senate's action confirms that the relief sought in this matter is neither speculative nor abstract, and that the official historical record memorialized on Capitol grounds remains actively unsettled.

Movant submits this Notice solely to inform the Court of these material developments and to preserve the relevance of her pending Motion to Intervene.

Respectfully submitted,

*Cindy Lou Young*

Cindy Lou Young

Pro Se

20 Central Street, Unit 1

Bristol, NH 03222

(603) 630-3195

---

[1] See Fed. R. Civ. P. 24(a)(2) (intervention as of right appropriate where the applicant claims an interest relating to the property or transaction that is the subject of the action, the disposition of the action may impair or impede the applicant's ability to protect that interest, and existing parties do not adequately represent that interest).