**EXHIBIT A**

**NBC News Article**: "Senate votes to display Jan. 6 plaque as House refuses to hang it at the Capitol" This exhibit consists of a true and correct copy of a publicly reported NBC News article describing recent congressional action regarding the January 6 memorial plaque, referenced in Movant's Supplemental Notice of Relevant Developments in Support of Motion to Intervene.

Source: NBC News (Politics / Congress)