UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

CINDY LOU YOUNG,

Plaintiff,

v.

MERRICK B. GARLAND, et al.,

Defendants.

**Civil Action No. 1:25-cv-01844-DLF**

NOTICE OF PROLONGED NON-RULING ON EMERGENCY MOTION

AND RELATED PENDING MOTIONS

Plaintiff Cindy Lou Young respectfully files this Notice to preserve her rights and to ensure the record accurately reflects the status of the proceedings.

1. On January 9, 2026, Plaintiff filed an Emergency Motion (ECF No. 34), seeking time-sensitive relief.

2. As of the date of this Notice, twelve (12) days have elapsed since the filing of the Emergency Motion.



3. The Court has not issued an order ruling on the Emergency Motion, scheduled a hearing, requested supplemental briefing, or otherwise indicated when a ruling may be forthcoming.

4. In addition, on June 18, 2025, Plaintiff filed a Motion to Intervene (ECF No. 13), which has been pending for approximately two hundred seventeen (217) days without a ruling.

5. On December 31, 2025, Plaintiff filed a Status Request regarding the Motion to Intervene (ECF No. 32). As of the date of this Notice, twenty-one (21) days have elapsed since that filing, and no response or ruling has issued.

6. Plaintiff files this Notice solely to document the pendency of these motions and the absence of Court action, and to preserve all rights and remedies available to her under law.

7. Plaintiff respectfully acknowledges the Court's docket demands while noting that the Emergency Motion and Motion to Intervene remain unresolved and continue to present matters requiring judicial attention.

Plaintiff does not seek relief through this Notice. This filing is made without prejudice to any future remedies, including appellate remedies, that may become appropriate should these motions remain pending without action.

Respectfully submitted,

*Cindy Lou Young*
Cindy Lou Young

Plaintiff, Pro Se

Date: January 21, 2026