UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY DUNN, et al., </br></br>    Plaintiffs, </br></br>v. </br></br>THOMAS AUSTIN, in his official capacity as Architect of The Capitol, et al., </br></br>    Defendants. | )</br>)</br>)</br>)</br>)</br>)   Civil Action No. 25-1844 (DLF)</br>)</br>)</br>)</br>)</br>)</br>) |

**NOTICE REGARDING MOTION FOR INJUNCTION BY PROPOSED INTERVENOR**

    Proposed intervenor, Cindy Lou Young, has filed an "emergency motion for permanent injunction" (ECF No. 34) that was entered on the docket, and served over the ECF system, on January 12, 2026. The proposed intervenor's request to intervene in this case, however, has not been ruled on by the Court, rendering the present motion for an injunction by the proposed intervenor premature. Defendants will respond to that motion if and when directed by the Court and otherwise reserve all rights and defenses in that regard.

    Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Jeremy S. Simon*
JEREMY S. SIMON, D.C. BAR #447956
Assistant United States Attorney
601 D. Street, N.W.
Washington, D.C. 20530
(202) 252-2528
Jeremy.Simon@usdoj.gov

*Attorneys for the United States of America*