UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

DUNN et al.,

Plaintiffs,

v.                        Civil Action No. 1:25-cv-01844-DLF

THOMAS AUSTIN,

Architect of the Capitol, et al.,

Defendants.

NOTICE IN RESPONSE TO THE COURT'S MARCH 7, 2026 MINUTE ORDER

Movant Cindy Young respectfully submits this Notice in response to the Court's Minute Order dated March 7, 2026, directing the parties to inform the Court whether this matter may be dismissed as moot in light of publicly reported information indicating that the January 6 memorial plaque has been installed at the United States Capitol.

Movant previously filed a Motion to Intervene in this action in order to participate in the litigation and to address issues surrounding the proposed installation of the January 6 memorial plaque.

Movant also filed a Request for Status Hearing in order to obtain consideration of the pending motion to intervene and the time-sensitive issues raised by the proposed installation.



RECEIVED

MAR 10 2026

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

In addition, Movant filed an Emergency Motion for Injunctive Relief seeking to prevent installation of the plaque until the issues raised in the litigation could be adjudicated.

Movant notes that while the Court addressed other procedural matters in the case, including requests for extensions of time, the Motion to Intervene and Emergency Motion for Injunctive Relief remain pending and have not been ruled upon by the Court.

These motions and requests sought relief prior to installation of the plaque so that the Court could consider the issues raised before the challenged government action occurred. Because the Court did not rule on those motions prior to the reported installation of the plaque, Movant was unable to participate in the litigation or seek injunctive relief before the government completed the action now referenced in the Court's mootness inquiry.

Movant further notes that, after the motions remained pending for an extended period without ruling, Movant filed a Petition for Writ of Mandamus in the United States Court of Appeals for the District of Columbia Circuit seeking an order directing a ruling on the pending motion to intervene. The petition was received by the Clerk of the Court of Appeals on March 2, 2026.

Movant respectfully submits this Notice so that the Court is fully apprised of the procedural posture of the pending motions when considering the issue of mootness referenced in the Court's March 7, 2026 Minute Order, particularly where the relief sought in those motions concerned preventing the very action that has now reportedly occurred.

Respectfully submitted,

*/s/ Cindy Young*

Cindy Young

Pro Se Litigant

Dated: March 8, 2026